IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

GLAXOSMITHKLINE BIOLOGICALS
S.A. and GLAXOSMITHKLINE LLC,

              Plaintiffs,

     v.

PFIZER, INC.,

              Defendant.

Civil No. 15-1283 (NLH/AMD)

### AMENDED SCHEDULING ORDER

The Court having conducted a telephone status conference on March 30, 2016 on the record with counsel; and good cause appearing for the entry of the within Order:

IT IS on this **31st** day of **March 2016**, hereby **ORDERED** as follows:

1. The parties shall submit a proposed Consent Order, by no later than **April 4, 2016**, concerning the filing of amended infringement contentions.

2. Pfizer is granted leave to file its amended answer by **April 7, 2016**.

3. The parties shall submit a proposed revised discovery schedule to the Court by no later than **April 11, 2016**.

4. GSK shall serve its amended infringement contentions by **April 11, 2016**.

5. Pfizer shall serve objections to any particular amendment to GSK's previously-served contentions as improper by no later than **April 25, 2016**.

6. The Court will conduct a telephone status conference on **April 27, 2016 at 11:30 A.M.** Counsel for GSK shall initiate the telephone call.

7. Pfizer shall serve non-infringement and invalidity contentions relating to new patents by **July 11, 2016**.

8. GSK shall serve objections to any particular amendment relating to Pfizer's responses to amendments to GSK's previously-served contentions as improper by **July 25, 2016**.

9. GSK shall serve responses to Pfizer's amended invalidity contentions by **August 25, 2016**.

10. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman

2