IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS S.A. and GLAXOSMITHKLINE LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>PFIZER, INC.,<br><br>      Defendant. | Civil No. 15-1283 (NLH/AMD) |

**SCHEDULING ORDER**

      The Court having conducted a telephone status conference on September 12, 2016 on the record with counsel; and good cause appearing for the entry of the within Order:

      IT IS on this **12th** day of **September 2016**, hereby **ORDERED** as follows:

      1. As set forth on the record, Defendant Pfizer, Inc. shall serve its additional non-infringment and invalidity contentions by no later than **September 16, 2016**.

      2. As set forth on the record, Plaintiffs shall serve its responses to Pfizer's invalidity contentions by **September 29, 2016**, except for the additional contentions served in accordance with No. 1 above.

      3. The Court will conduct a telephone status conference on **September 29, 2016 at 3:45 P.M.** Counsel for GSK shall initiate the telephone call.

      4. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons

necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman