UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN　　　　　　　　　　　　　　Proceeding Date: September 12, 2016

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**　　　　　　　　　　　DOCKET NO. 15cv1283(NLH/AMD)
**GlaxoSmithKline Biologicals S.A., et al**
v.
**Pfizer, Inc.**

**APPEARANCES:**
Keith Miller, Esq. for plaintiffs
Anna Lumelsky, Esq. for plaintiffs
Kevin Yurkerwich, Esq. for plaintiffs
Lisa Pirozzolo, Esq. for plaintiffs
Katelyn O'Reilly, Esq. for defendant
Barbara Mullin, Esq. for defendant
Jonathan Underwood, Esq. for defendant

**NATURE OF PROCEEDINGS:**　　Telephone Status Conference held on the record

**DISPOSITION:**
Order to be entered.

　　　　　　　　　　　　　　　　　　*s/Susan Bush*
　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**

Time Commenced: 12:03 p.m. Time Adjourned: 12:14 p.m. Total time: 11 minutes